**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Francis J. Iaconis,                             :        Case No. 1:03CV2372
                                                :
                    Plaintiff                   :
                                                :
          v.                                    :        Magistrate Judge David S. Perelman
                                                :
Augrid Corporation of Nevada, et al.,           :        **MEMORANDUM OPINION**
                                                :        **AND ORDER**
                    Defendants                  :

        This action, the oldest on this Court's docket has been in a state of limbo for quite some time

by reason of the disqualification of plaintiff's former counsel of record, Mr. McGown, to continue

with plaintiff's representation.

                For several months this Court has been receiving assurances from other counsel, Mr.

Chaim Jaffe, that he is undertaking the plaintiff's representation and would be entering an

appearance on behalf of the plaintiff.  This has not occurred.

        The case cannot continue in this posture.

        Therefore, this court is setting a pretrial for Monday, August 31, 2006 at 1:30 p.m.  If Mr.

Jaffe enters appearance by then he may, upon request, participate by telephone and the same

courtesy will be extended to defendants' counsel, Mr. Meeker.  If Mr. Iaconis continues to be

unrepresented he shall appear in person at that conference, and Mr. Meeker shall also be in

attendance.  Failure of counsel to enter appearance on behalf of Mr. Iaconis and failure of

appearance by Mr. Iaconis will result in dismissal for want of prosecution.[1]

**IT IS SO ORDERED**


s/DAVID S. PERELMAN
United States Magistrate Judge


DATE:    July 19, 2006

---

[1]Courtesy copies of this ruling are being sent to Mr. Jaffe and to Mr. Iaconis.