# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Francis J. Iaconis, | : | Case No. 1:03CV2372 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| Augrid Corporation of Nevada, et al., | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

In the course of a telephonic status conference held July 31, 2006 defendant's counsel, Mr. Robert Meeker, assured plaintiff's counsel, Mr. Chaim Jaffe, and this Court that he would arrange for the appearance of defendant Muhammad J. Shaheed in Cleveland for deposition before the end of August.

Mr. Jaffe has forwarded to this Court copies of two letters sent to Mr. Meeker inquiring as to a date for that deposition, and has represented to this Court that Mr. Meeker has failed to respond thereto.

Following receipt of that information this Court left a strong message for Mr. Meeker on this subject.   That call was not returned.

This Court, therefore, has determined to take the following steps.

First, Mr. Shaheed is ordered to appear for deposition on Wednesday, September 27, 2006 at 10:00 a.m.  at the office of plaintiff's local counsel, Mr. Mark Schlachet, 1001 Lakeside Avenue, Cleveland, Ohio 44114, and shall produce such documents as may be requested by plaintiff's

counsel upon written notice one week prior to the scheduled deposition.  Failure of appearance will be considered as grounds for entry of a default pursuant to Rule 37(d) of the Federal Rules of Civil Procedure.

Second, Mr. Meeker and Mr. Shaheed shall appear before this Court on Wednesday, September 27, 2006 at 1:30 p.m. and show cause why sanctions shall not be imposed by reason of their failure to cooperate in the scheduling of Mr. Shaheed's deposition.

**IT IS SO ORDERED**

                                              s/DAVID S. PERELMAN
                                              United States Magistrate Judge

DATE:    September 1, 2006